| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)  AFRICK, LANCE M. | 2. Court or Organization  USDC, EASTERN DISTRICT OF LA | 3. Date of Report  6/10/2011 |

**4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

FULL-TIME U.S. DISTRICT JUDGE

**5a. Report Type** (check appropriate type)

- [ ] Nomination, Date
- [ ] Initial   [✓] Annual   [ ] Final

**5b.** [ ] Amended Report

**6. Reporting Period**

01/01/2010
to
12/31/2010

**7. Chambers or Office Address**

500 POYDRAS STREET
ROOM C-405
NEW ORLEANS, LA 70130

**8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer_____ Date_____

---

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

---

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

[ ] NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executive Committee Member and President | Allstate Sugar Bowl |
| 2. | Trustee | Trust #1 |
| 3. | Director | Africk Family Foundation, Inc. |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[✓] NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

Africk, Lance M.

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 6/10/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Brown Sims, PC - wages |
| 2. 2010 | Porter Malouf PA - legal fee |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New Orleans Bar Association | April 16, 2010 - April 18, 2010 | Biloxi, MS | Bench Bar Conference | registration, hotel accommodations |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 6/10/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Jack Africk Revocable Trust | Note payable for purchase of 16.67% interest in Africk Investments, Inc. | K |
| 2. Evelyn Africk Revocable Trust | Note payable for purchase of 16.67% interest in Africk Investments, Inc. | K |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 6/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Prudential IRA (Prudential Equity Fund) | A | Dividend | M | T | | | | | |
| 2. Legg Mason Value Trust | A | Dividend | J | T | Sold (part) | 03/12/10 | J | | |
| 3. | | | | | Sold (part) | 04/16/10 | J | | |
| 4. | | | | | Sold (part) | 09/15/10 | J | | |
| 5. | | | | | Sold (part) | 11/24/10 | J | | |
| 6. | | | | | Sold (part) | 11/26/10 | J | | |
| 7. Whitney Holding Co. | A | Dividend | L | T | | | | | |
| 8. Louisiana Local Gov. Enviro (Municipal Bond) | A | Interest | J | T | | | | | |
| 9. Krispy Kreme Donuts, Inc. | | None | J | T | | | | | |
| 10. RMA Tax Free Fund, Inc. (UBS) | A | Dividend | M | T | | | | | |
| 11. | | | | | Buy | 01/04/10 | J | | |
| 12. | | | | | Buy | 01/25/10 | J | | |
| 13. | | | | | Buy | 02/22/10 | J | | |
| 14. | | | | | Sold (part) | 03/18/10 | J | | |
| 15. | | | | | Sold (part) | 03/19/10 | J | | |
| 16. | | | | | Buy | 03/25/10 | J | | |
| 17. | | | | | Sold (part) | 04/13/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 6/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 04/23/10 | J | | |
| 19. | | | | | Buy | 04/26/10 | J | | |
| 20. | | | | | Buy | 04/28/10 | J | | |
| 21. | | | | | Sold (part) | 05/03/10 | J | | |
| 22. | | | | | Sold (part) | 05/05/10 | J | | |
| 23. | | | | | Sold (part) | 05/18/10 | J | | |
| 24. | | | | | Sold (part) | 05/20/10 | J | | |
| 25. | | | | | Buy | 05/24/10 | J | | |
| 26. | | | | | Sold (part) | 06/01/10 | J | | |
| 27. | | | | | Buy | 06/02/10 | J | | |
| 28. | | | | | Sold (part) | 06/23/10 | J | | |
| 29. | | | | | Sold (part) | 06/24/10 | J | | |
| 30. | | | | | Buy | 06/24/10 | J | | |
| 31. | | | | | Sold (part) | 06/30/10 | J | | |
| 32. | | | | | Sold (part) | 07/16/10 | J | | |
| 33. | | | | | Sold (part) | 07/21/10 | J | | |
| 34. | | | | | Buy | 07/26/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000.000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 6/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 07/28/10 | J | | |
| 36. | | | | | Sold (part) | 08/04/10 | J | | |
| 37. | | | | | Sold (part) | 08/23/10 | J | | |
| 38. | | | | | Buy | 08/25/10 | J | | |
| 39. | | | | | Sold (part) | 09/24/10 | J | | |
| 40. | | | | | Buy | 09/24/10 | J | | |
| 41. | | | | | Sold (part) | 09/27/10 | J | | |
| 42. | | | | | Buy | 09/28/10 | J | | |
| 43. | | | | | Sold (part) | 09/29/10 | J | | |
| 44. | | | | | Sold (part) | 10/19/10 | J | | |
| 45. | | | | | Sold (part) | 10/20/10 | J | | |
| 46. | | | | | Buy | 10/25/10 | J | | |
| 47. | | | | | Sold (part) | 10/28/10 | J | | |
| 48. | | | | | Sold (part) | 10/29/10 | K | | |
| 49. | | | | | Buy | 11/23/10 | J | | |
| 50. | | | | | Sold (part) | 12/01/10 | J | | |
| 51. | | | | | Sold (part) | 12/02/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 6/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | | | | | Sold (part) | 12/03/10 | J | | |
| 53. | | | | | Sold (part) | 12/07/10 | J | | |
| 54. | | | | | Buy | 12/10/10 | J | | |
| 55. | | | | | Buy | 12/10/10 | M | | |
| 56. | | | | | Sold (part) | 12/15/10 | J | | |
| 57. | | | | | Buy | 12/16/10 | J | | |
| 58. | | | | | Sold (part) | 12/21/10 | J | | |
| 59. | | | | | Sold (part) | 12/23/10 | J | | |
| 60. | | | | | Buy | 12/27/10 | J | | |
| 61. | | | | | Sold (part) | 12/31/10 | J | | |
| 62. John Hancock Variable Annuity | A | Dividend | N | T | | | | | |
| 63. Merrill Lynch Priority CMA Tax Exempt Fund | A | Dividend | K | T | Buy | 01/04/10 | J | | |
| 64. | | | | | Buy | 01/11/10 | J | | |
| 65. | | | | | Sold (part) | 02/03/10 | J | | |
| 66. | | | | | Buy | 03/01/10 | J | | |
| 67. | | | | | Buy | 04/05/10 | J | | |
| 68. | | | | | Buy | 05/03/10 | J | | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes                J =$15,000 or less        K =$15,001 - $50,000        L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                                P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal              R =Cost (Real Estate Only)    S =Assessment                T =Cash Market
   (See Column C2)            U =Book Value             V =Other                      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 6/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. | | | | | Buy | 07/01/10 | J | | |
| 70. | | | | | Buy | 07/02/10 | J | | |
| 71. | | | | | Buy | 08/02/10 | J | | |
| 72. | | | | | Buy | 09/01/10 | J | | |
| 73. | | | | | Buy | 10/04/10 | J | | |
| 74. | | | | | Buy | 12/01/10 | J | | |
| 75. Certificate of Deposit Beal Bank Nevada | A | Interest | | | Matured | 03/17/10 | J | A | |
| 76. Certificate of Deposit Bank of China | A | Interest | K | T | Buy | 04/01/10 | K | | |
| 77. Certificate of Deposit Ally Bank-UT | A | Interest | K | T | Buy | 04/01/10 | K | | |
| 78. Certificate of Deposit Ally Bank-UT | A | Interest | | | Matured | 06/18/10 | J | A | |
| 79. Certificate of Deposit Metlife Bank, NA | A | Interest | | | Matured | 09/16/10 | J | A | |
| 80. Certificate of Deposit Ally Bank-UT | A | Interest | | | Matured | 10/08/10 | K | A | |
| 81. Europacific Growth Fund Class C | A | Dividend | J | T | Buy | 04/01/10 | J | | |
| 82. Growth Fund of America Class C | A | Dividend | J | T | Buy | 04/01/10 | J | | |
| 83. Trust #1(savings account First Bank & Trust) | A | Interest | J | T | | | | | |
| 84. Dreyfus Liquid Assets Class I | A | Dividend | J | T | | | | | |
| 85. Citibank Bank Deposit Program | A | Interest | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 6/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. State of Louisiana (START Program) | A | Interest | J | T | | | | | |
| 87. Africk Investments, Inc. | C | Dividend | M | U | Buy | 05/24/10 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 6/10/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **LANCE M. AFRICK**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544